UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES E. ROBERTS,

Plaintiff,				Case No: 8:16-cv-1265-T-26JSS

v. ALLEGIANT AIR, LLC,

    Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_\_    IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

        _____
        _____

\_X\_\_\_\_    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: June 8, 2016

/s/ Jennifer K. Birmingham_____
Counsel of Record for Plaintiff, Charles E. Roberts
The Birmingham Law Firm
1353 Palmetto Avenue, Suite 200
Winter Park, FL 32789
407-628-9081, Ext. 115
jennifer.birmingham@icloud.com
birminghamlaworlando@gmail.com

1

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed using the ECF system, which will send a notice of electronic filing to Shannon L. Kelly, Esq., Ford & Harrison, LLP, 101 E. Kennedy Boulevard, Suite 900, Tampa, FL 33602-5133.

/s/ Jennifer K. Birmingham
Counsel of Record for Plaintiff, Charles E. Roberts
The Birmingham Law Firm
FBN: 0526800