UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES E. ROBERTS,

    Plaintiff,

    v.                                                 Case No. 8:16-CV-1265-T-26JSS

ALLEGIANT AIR LLC,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

X   IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

1.    Roberts v. Allegiant Air, LLC — Charge of Discrimination
        EEOC Charge No. 15F-2014-00123
        FEPA Charge No. 461-2014-00123

On July 14, 2014, Plaintiff filed a Charge of Discrimination against Defendant with the City of Orlando Office of Human Relations. The Charge was subsequently sent to the EEOC for dual filing purposes. The EEOC dismissed the case without finding cause and issued a "Notice of Right to Sue" letter.

2.    *Charles Roberts, Plaintiff, v. Allegiant Air, LLC*, Defendant, Circuit Court of the Sixth Judicial District in and for Pinellas County, Florida, Case No. 16-CA-3624.

On April 18 2016, Plaintiff commenced this action by filing a Complaint and Demand for Jury Trial in Florida state court. On May 20, 2016, Defendant properly removed the state court action to this Court based on federal question jurisdiction [Doc. 1].

___  IS NOT       related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each

party no later than fourteen (14) days after appearance of the party.

1

**DATED June 8, 2016.**

                                    Respectfully submitted,

By: /s/ *Shannon L. Kelly*
Shannon L. Kelly
Florida Bar No. 646830
skelly@fordharrison.com
David M. Kalteux
Florida Bar No. 118746
dkalteux@fordharrison.com

FORD & HARRISON LLP
101 E. Kennedy Boulevard, Suite 900
Tampa, FL 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendant Allegiant Air, LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 8, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Jennifer K. Birmingham, Esq.
1353 Palmetto Avenue, Suite 200
Winter Park, FL 32789
Jennifer.birmingham@icloud.com
birminghamlaworlando@gmail.com

                                    /s/ *Shannon L. Kelly*
                                    Attorney

WSACTIVELLP:8463973.1