UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES E. ROBERTS,

    Plaintiff,

    v.        Case No. 8:16-CV-1265-T-26JSS

ALLEGIANT AIR, LLC,

    Defendant.
_____/

## NOTICE OF APPEARANCE

David M. Kalteux of the law firm of FordHarrison LLP enters this formal appearance in the above action on behalf of Defendant Allegiant Air, LLC ("Defendant"). All papers and pleadings should be served on David M. Kalteux at FordHarrison LLP, 101 E. Kennedy Boulevard, Suite 900, Tampa, Florida 33602, telephone (813) 261-7848, facsimile (813) 261-7899, e-mail dkalteux@fordharrison.com.

DATED this 16th day of June, 2016.

        Respectfully submitted,

        /s/ *David M. Kalteux*
        Shannon L. Kelly
        Florida Bar No. 646830
        skelly@fordharrison.com
        David M. Kalteux
        Florida Bar No. 118746
        dkalteux@fordharrison.com
        FORDHARRISON LLP
        101 East Kennedy Boulevard, Suite 900
        Tampa, Florida 33602-5133
        Telephone: (813) 261-7800
        Facsimile: (813) 261-7899

        Attorneys for Defendant

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June, 2016, the foregoing Notice of Appearance was electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a notice of electronic filing to:

Jennifer K. Birmingham, Esq.
1353 Palmetto Avenue, Suite 200
Winter Park, FL 32789
Jennifer.birmingham@icloud.com
birminghamlaworlando@gmail.com

/s/ *David M. Kalteux*
Attorney

WSACTIVELLP:8484009.1